1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CEDRIC GREENE,                          1:05-CV-00774-REC-LJO-P

12            Plaintiff,                      ORDER TRANSFERRING CASE

13        vs.

14   R. BELTRAN,

15            Defendant.
     _____/
16

17        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

18   U.S.C.  § 1983.  Plaintiff has not paid the filing fee or submitted an application to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.

20        The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26        In this case, none of  the defendants reside in  this district.  The claim arose in Los Angeles

27   County, which is in the Central District of California.  Therefore, plaintiff's claim should have been

28   filed in the United States District Court for the Central District of California.  In the interest of

                                           1

1  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See

2  28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Central District of California.

5

6  IT IS SO ORDERED.

7  **Dated:    August 11, 2005**              /s/ Lawrence J. O'Neill
   i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28